IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-5038-CR-SW-DGK |
| ) | |
| CHASE TREVOR NORMAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On December 11, 2014, United States Magistrate Judge David P. Rush ordered Defendant to undergo an examination pursuant to 18 U.S.C. §§ 4241 and 4242 for a judicial determination of Defendant's mental competency (Doc. 20). Defendant was examined by David M. Szyhowski, Psy.D., who prepared a report (Doc. 21) opining that Defendant is competent to stand trial.

Judge Rush held a competency hearing on March 16, 2015 during which he took judicial notice of Dr. Szyhowski's report. No party objected or submitted additional evidence. Pursuant to this Court's prior order (Doc. 14), Judge Rush issued a report recommending that Defendant be declared competent to stand trial (Doc. 27). No party filed objections.

The Court has independently reviewed the record and finds Judge Rush's report and recommendation is neither clearly erroneous nor contrary to law. Accordingly, it is

ORDERED that the Report and Recommendation of Judge Rush (Doc. 27) is approved, adopted, and incorporated herein. The Court holds that Defendant is competent to understand the nature and consequences of the proceedings against him, to assist properly in his defense, and to stand trial.

Dated: April 16, 2015  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT